COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-18-00901-CV |
| Style: | Leoner Antillano v. Carol A. Dubose Whatley and Joann Dubose |
| | Williams, Independent Co-Administrators of the Estate of Joseph Earl |
| | DuBose, deceased |
| Date motion filed*: | January 9, 2019 |
| Type of motion: | Motion for Withdrawal of Counsel |
| Party filing motion: | Appellant's Counsel Solomon M. Musyimi |
| Document to be filed: | Notice to Pro Se Appellant |

Is appeal accelerated?        No.

Ordered that motion is:
- ☑ Granted
   If document is to be filed, document due:  February 5, 2019.
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Appellant's counsel's motion to withdraw is **granted** because it complies with Rule 6.5 and was served on appellant over 10 days ago with no response filed in this Court. *See* TEX. R. APP. P. 6.5(a), (b), 10.1(a)(5), 10.3(a).  Accordingly, the Clerk of this Court is directed to remove Solomon M. Musyimi as counsel for appellant.  Mr. Musyimi is ordered to comply with his notification obligations by sending a copy of this Order and the notice required under Rule 6.5(c) to the pro se appellant and by filing a copy of the notice with the Clerk of this Court within ten days of this order. *See id.* 6.5(c).

Judge's signature: ___/s/ Evelyn V. Keyes_____
                    x  Acting individually     ☐  Acting for the Court
Date:  ____January 24, 2019_____